UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

IN RE:                                              CASE NO. 06-50314-PCY5
                                                    CHAPTER 13
WINSTON H. REYNOLDS
SHIRLEY C. REYNOLDS

          Debtor(s)
_____/

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
## OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR WINSTON H. REYNOLDS which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 404749 in the amount of $1.90 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

>   /s/Leigh D. Hart or
>   /s/William J. Miller, Jr.
>   OFFICE OF THE CHAPTER 13 TRUSTEE
>   POST OFFICE BOX 646
>   TALLAHASSEE, FL 32302
>   ldhecf@earthlink.net
>   (850) 681-2734 "Telephone"
>   (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

WINSTON H. REYNOLDS
SHIRLEY C. REYNOLDS        ,
4456 WINTERGREEN ROAD
GREENWOOD,  FL 32443

AND

CHARLES M. WYNN, ATTY.
P.O. BOX 146
MARIANNA, FL 32447

on the same date as reflected on the Court's docket as the electronic filing date for this document.

>   /s/Leigh D. Hart or
>   /s/William J. Miller, Jr.
>   OFFICE OF CHAPTER 13 TRUSTEE

12/16/2010 11:15 am / CR_213